# Third District Court of Appeal

## State of Florida

Opinion filed April 16, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1248
Lower Tribunal Nos. F11-12357, F11-13701,
F11-13703, F13-5847

_____

**Robert Rodriguez, a/k/a Alberto Zayas,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Lody Jean, Judge.

Robert Rodriguez, a/k/a Alberto Zayas, in proper person.

James Uthmeier, Attorney General, for appellee.

Before EMAS, LINDSEY, and LOBREE, JJ.

PER CURIAM.

Affirmed. See Garrett v. State, 229 So. 3d 416 (Fla. 3d DCA 2017).